DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WENDY SOLOMON,**
Appellant,

v.

**U.S. BANK, NATIONAL ASSOCIATION,**
Appellee.

No. 4D18-1509

[May 23, 2019]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Senior Judge; L.T. Case No. CACE 14-02616.

Wendy Solomon, Fort Lauderdale, pro se.

Sara F. Holladay-Tobias and Emily Y. Rottmann of McGuire Woods LLP, Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., WARNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***